| | |
|---|---|
| 1 | ADRIENNE C. PUBLICOVER (SBN: 161432)<br>Email: Adrienne.Publicover@WilsonElser.com |
| 2 | CHARAN M. HIGBEE (SBN: 148293)<br>Email. Charan.Higbee@WilsonElser.com |
| 3 | **WILSON, ELSER, MOSKOWITZ,**<br>**EDELMAN & DICKER LLP** |
| 4 | 525 Market Street, 17th Floor<br>San Francisco, CA  94105 |
| 5 | Telephone:     (415) 433-0990<br>Facsimile:      (415) 434-1370 |
| 6 | |
| 7 | Attorneys for Defendants<br>**LIFE INSURANCE COMPANY OF NORTH AMERICA**<br>**and UNITED AIRLINES EMPLOYEE WELFARE** |
| 8 | **BENEFIT PLAN (sued herein as "UNITED AIRLINES**<br>**LONG TERM DISABILITY PLAN")** |
| 9 | |
| 10 | TERESA RENAKER (SBN: 187800)<br>Email: trenaker@lewisfeinberg.com |
| 11 | NINA WASOW (SBN: 242047)<br>Email:  nwasow@lewisfeinberg.com |
| 12 | **LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.**<br>476 – 9th Street |
| 13 | Oakland, CA  94607<br>Telephone:     (510) 839-6824 |
| 14 | Facsimile:      (510) 839-7839 |
| 15 | Attorneys for Plaintiff<br>**DEBORAH JACOBS** |

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 18 | DEBORAH JACOBS, | Case No.:  C11-05418-CRB |
| 19 | Plaintiff, | |
| 20 | v. | **SECOND STIPULATION TO EXTEND**<br>**TIME TO ANSWER OR OTHERWISE** |
| 21 | LIFE INSURANCE COMPANY OF NORTH<br>AMERICA and UNITED AIRLINES LONG | **RESPOND TO PLAINTIFF'S**<br>**COMPLAINT; AND [PROPOSED]** |
| 22 | TERM DISABILITY PLAN, | **ORDER** |
| 23 | Defendants. | Action Filed: November 8, 2011<br>Trial Date:    None |

1

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER
810785.1                                                              USDC NDCA Case No. C11-05418-CRB

**IT IS HEREBY STIPULATED,** pursuant to Local Rules 6-1 and 6-2, by and between plaintiff Deborah Jacobs and defendants Life Insurance Company of North America ("LINA") and United Airlines Employee Welfare Benefit Plan (sued herein as "United Airlines Long Term Disability Plan"), through their attorneys of record, as follows:

1.  Defendants LINA and United Airlines Employee Welfare Benefit Plan were served with the Summons and Complaint in this action on November 10, 2011;

2.  The parties to this action initially agreed that Defendants LINA and United Airlines Employee Welfare Benefit Plan would have an extension to and including December 30, 2011 to answer or otherwise respond to the Complaint filed in this action;

3.  A Stipulation To Extend Time To Answer Or Otherwise Respond To Plaintiff's Complaint, granting the defendants an extension to December 30, 2011, was filed in this action on November 22, 2011;

4.  Defendants need additional time to prepare their Answer to the Complaint. During the week of December 26, 2011, Charan M. Higbee, attorney for the defendants, will be on vacation. During this same week, client representatives of both defendants also are on vacation. For this reason, defendants and their attorneys will not be able to finalize the Answer during the week of December 26, 2011.

5.  The parties to this action have agreed that Defendants LINA and United Airlines Employee Welfare Benefit Plan may have an extension to an including January 6, 2012 to answer or otherwise respond to the Complaint filed in this action; and

6.  This extension of time to respond to the Complaint does not alter the date of any event or any deadline already fixed by Court Order.

///
///
///
///
///
///

| | |
|---|---|
| Date: December 22, 2011 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |

By:  /s/ Charan M. Higbee
ADRIENNE C. PUBLICOVER
CHARAN M. HIGBEE
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA and UNITED AIRLINES EMPLOYEE WELFARE BENEFIT PLAN (sued herein as "UNITED AIRLINES LONG TERM DISABILITY PLAN")

Date: December 22, 2011                LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By:  /s/ Nina Wasow
TERESA RENAKER
NINA WASOW
Attorneys for Plaintiff
DEBORAH JACOBS

**ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

Defendants Life Insurance Company of North America and United Airlines Employee Welfare Benefit Plan (sued as "United Airlines Long Term Disability Plan") have an extension to and including January 6, 2012 to answer or otherwise respond to plaintiff's Complaint in this action.

Date: December 29, 2011           By: _____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*

## CERTIFICATE OF SERVICE

*Jacobs v. Life Insurance Company of North America, et al.*
*U.S.D.C. Northern District of California Case No.: C11-05418-CRB*

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**SECOND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☒: **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

> Teresa Renaker
> Nina Wasow
> Lewis, Feinberg, Lee, Renaker & Jackson, P.C.
> 476-9th Street
> Oakland, CA 94607
> Ph: 510.839.6824
> Fax: 510.839.7839
> trenaker@lewisfeinberg.com
> nwasow@lewisfeinberg.com
> ***Attorneys for Plaintiff, Deborah Jacobs***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on December 22, 2011 at San Francisco, California.

/s/ Monique Jacquis
Monique Jacquis