| | |
|---|---|
| 1 | ADRIENNE C. PUBLICOVER (SBN: 161432) |
|   | Email: Adrienne.Publicover@WilsonElser.com |
| 2 | CHARAN M. HIGBEE (SBN: 148293) |
|   | Email. Charan.Higbee@WilsonElser.com |
| 3 | WILSON, ELSER, MOSKOWITZ, |
|   |     EDELMAN & DICKER LLP |
| 4 | 525 Market Street, 17th Floor |
|   | San Francisco, CA 94105 |
| 5 | Telephone:    (415) 433-0990 |
|   | Facsimile:    (415) 434-1370 |
| 6 |   |
|   | Attorneys for Defendants |
| 7 | **LIFE INSURANCE COMPANY OF NORTH AMERICA** |
|   | **and UNITED AIRLINES EMPLOYEE WELFARE** |
| 8 | **BENEFIT PLAN (sued herein as "UNITED AIRLINES** |
|   | **LONG TERM DISABILITY PLAN")** |
| 9 |   |
|   | TERESA S. RENAKER (SBN: 187800) |
| 10 | Email: trenaker@lewisfeinberg.com |
|   | NINA R. WASOW (SBN: 242047) |
| 11 | Email: nwasow@lewisfeinberg.com |
|   | **LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.** |
| 12 | 476-9th Street |
|   | Oakland, CA 94607 |
| 13 | Telephone:    (510) 839-6824 |
|   | Facsimile:    (510) 839-7839 |
| 14 |   |
|   | Attorneys for Plaintiff, |
| 15 | **DEBORAH JACOBS** |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | DEBORAH JACOBS, | Case No.: C11-05418 (CRB) |
| 19 | Plaintiff, | |
| 20 | v. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| 21 | LIFE INSURANCE COMPANY OF NORTH AMERICA and UNITED AIRLINES LONG TERM DISABILITY PLAN, | |
| 22 | | |
| 23 | Defendants. | |

**IT IS HEREBY STIPULATED,** by and between the parties to this action, plaintiff DEBORAH JACOBS and defendants LIFE INSURANCE COMPANY OF NORTH AMERICA and UNITED AIRLINES EMPLOYEE WELFARE BENEFIT PLAN, through their respective attorneys of record, that the above-entitled action, and all claims for relief therein, shall be

1

1  dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to
2  bear its own costs and attorneys' fees.

3  Dated: April 25, 2012                           WILSON, ELSER, MOSKOWITZ,
                                                   EDELMAN & DICKER LLP

                                    By:    /s/ Charan M. Higbee
                                           ADRIENNE C. PUBLICOVER
                                           CHARAN M. HIGBEE
                                           Attorneys for Defendants,
                                           **LIFE INSURANCE COMPANY OF NORTH AMERICA and UNITED AIRLINES EMPLOYEE WELFARE BENEFIT PLAN** (sued herein as "UNITED AIRLINES LONG TERM DISABILITY PLAN")

11 Dated: April 30, 2012                          LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

                                    By:    /s/ Nina R. Wasow
                                           TERESA S. RENAKER
                                           NINA R. WASOW
                                           Attorneys for Plaintiff,
                                           **DEBORAH JACOBS**

[PROPOSED] ORDER

The parties having stipulated that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees,

**IT IS SO ORDERED.**

Dated: _____May 01_____, 2012    _____
HONORABLE CHARLES R. BREYER
SENIOR DISTRICT JUDGE

