ADRIENNE C. PUBLICOVER (SBN: 161432)
Email: Adrienne.Publicover@WilsonElser.com
CHARAN M. HIGBEE (SBN: 148293)
Email. Charan.Higbee@WilsonElser.com
**WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Defendants
**LIFE INSURANCE COMPANY OF NORTH AMERICA
and UNITED AIRLINES EMPLOYEE WELFARE
BENEFIT PLAN (sued herein as "UNITED AIRLINES
LONG TERM DISABILITY PLAN")**

TERESA S. RENAKER (SBN: 187800)
Email: trenaker@lewisfeinberg.com
NINA R. WASOW (SBN: 242047)
Email: nwasow@lewisfeinberg.com
**LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.**
476-9th Street
Oakland, CA 94607
Telephone:     (510) 839-6824
Facsimile:     (510) 839-7839

Attorneys for Plaintiff,
**DEBORAH JACOBS**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH JACOBS,<br><br>            Plaintiff,<br><br>      v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA and UNITED AIRLINES LONG TERM DISABILITY PLAN,<br><br>            Defendants. | Case No.:  C11-05418 (CRB)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

**IT IS HEREBY STIPULATED,** by and between the parties to this action, plaintiff DEBORAH JACOBS and defendants LIFE INSURANCE COMPANY OF NORTH AMERICA and UNITED AIRLINES EMPLOYEE WELFARE BENEFIT PLAN, through their respective attorneys of record, that the above-entitled action, and all claims for relief therein, shall be

1

dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees.

Dated: April 25, 2012

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Charan M. Higbee
ADRIENNE C. PUBLICOVER
CHARAN M. HIGBEE
Attorneys for Defendants,
**LIFE INSURANCE COMPANY OF NORTH AMERICA and UNITED AIRLINES EMPLOYEE WELFARE BENEFIT PLAN (sued herein as "UNITED AIRLINES LONG TERM DISABILITY PLAN")**

Dated: April 30, 2012

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By: /s/ Nina R. Wasow
TERESA S. RENAKER
NINA R. WASOW
Attorneys for Plaintiff,
**DEBORAH JACOBS**

# [PROPOSED] ORDER

The parties having stipulated that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees,

**IT IS SO ORDERED.**

Dated: _____ May 01 _____, 2012      _____
HONORABLE CHARLES R. BREYER
SENIOR DISTRICT

